AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED
18 U.S.C. § 751(a) – Escape

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Imprisonment: max. 5 years; Fine: max. $250,000;
Supervised release: max.1-year; and Special assessment: $100

### DEFENDANT - U.S.
▶ ROCKY NEVES,

DISTRICT COURT NUMBER

CR07-0791 MJJ

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
BUREAU OF PRISONS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DANIEL KALEBA, AUSA

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of Institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

CR07-0791  MJJ

UNITED STATES OF AMERICA,

v.

ROCKY NEVES,

E-filing

FILED
DEC 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 751(a) – Escape

A true bill.

_____ Foreman

Filed in open court this _13th_ day of
_December, 2007_

_____ Clerk

Bail, $ No bail arrest warrant.
Wayne D. Brazil  12-13-07.

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MJJ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-0791 |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 751(a) – Escape |
| v. ) | |
| ROCKY NEVES, ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:       (18 U.S.C. § 751(a) – Escape)

On or about July 31, 2007, in the Northern District of California, the defendant,

ROCKY NEVES,

did knowingly escape from custody in Cornell Corrections, a facility in which he was lawfully

confined at the direction of the Attorney General by virtue of a judgment and commitment of the

//

//

INDICTMENT

1

1  United States District Court for the Northern District of California, upon a conviction for the
2  commission of felony offense, in violation of Title 18, United States Code, Section 751(a).
3
4  DATED:    December 13, 2007                A TRUE BILL.
5
6                                             _____
                                               FOREPERSON
7  SCOTT N. SCHOOLS
   United States Attorney
8
9  _____
   W. DOUGLAS SPRAGUE
10 Chief, Oakland Branch
11 (Approved as to form: _____ )
                         AUSA DANIEL R. KALEBA
12

INDICTMENT

2