

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald v. Dellums Federal Building*
*1301 Clay Street, Suite 340S*                                    *(510) 637-3680*
*Oakland, California 94612-5217*                                *FAX:(510) 637-3724*

<u>VIA E-FILING</u>

January 8, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court for the
 Northern District of California
1301 Clay Street
Oakland, CA 94612

      Re: <u>United States v. Rock Neves</u>, CR 07-0791 MJJ

Dear Honorable Judge Brazil:

      The United States requests that the above matter be placed on your calendar for Thursday, January 10, 2008, at 10:00 a.m. for arraignment.  The defendant is in custody and does not require the assistance of an interpreter.

      Very truly yours,

      JOSEPH P. RUSSONIELLO
      United States Attorney


By: _____/s/_____
      DANIEL R. KALEBA
      Assistant United States Attorney