**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6       IN THE UNITED STATES DISTRICT COURT
7       FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,                No. CR 07-00791 CW

           Plaintiff,                       <u>CLERK'S NOTICE
                                            SETTING HEARING ON
     v.                                     REASSIGNED CRIMINAL
                                            CASE</u>
ROCKY NEVES,

           Defendant.
   _____/

The above-captioned case having been reassigned to Judge Claudia Wilken,

Notice is hereby given that a trial setting or motions setting or dispositional hearing will be held on **March 12, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 2/19/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk