UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | |
|---|---|
| **THE HONORABLE MARTIN J. JENKINS** | Courtroom Clerk: **Monica Narcisse** |
| Date: **February 15, 2008  [3:02 - 3:04 pm]** | Court Reporter: **Diane Skillman** |

Case No:     **CR07-00791-1 MJJ**

DEFENDANT:     **ROCKY NEVES**     (**x**) Present     () Not Present     (**x**) In Custody

AUSA:     **James Mann**          DEF ATTY:     **Rebecca Silbert**

Interpreter:          Probation Officer:

TYPE FOR HEARING:     **Status**


Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)


ORDER AFTER HEARING(S):
- 


PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:     **March 14, 2008 @ 2:30 p.m.  (Oak #2)**          for     **Status/Trial Setting**


BASIS TO EXCLUDE TIME GRANTED FOR:     **Effective preparation**     Thru     **3/14/2008**


JUDGMENT:

Notes: