UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 3/12/08

**Plaintiff:** United States

**v.**                                                   **No.** CR-07-00791 CW

**Defendant:** Rocky Neves (present - in custody)


**Appearances for Plaintiff:**
Wade Rhyne for Dan Kaleba

**Appearances for Defendant:**
Rebecca Silbert

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


    **Hearing:** Trial Setting or Motions Setting or Disposition

**Notes:** Government has made offer; defense has discussed it with defendant but has not reached a conclusion. Defense will not be filing any motions. **Case continued to 4/9/08 at 2:00 p.m. for disposition or trial setting.** Time excluded for effective preparation.

Copies to: Chambers