# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

April 1, 2008

Ivy Garcia
Court Clerk to the Honorable Wayne D. Brazil
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re:   United States v. Rocky Neves
      CR-07-0791 CW

Dear Ms. Garcia:

I write to request that Mr. Neves be placed on calendar on Thursday, April 3 at 10:00 a.m. for bail review. We are asking that Mr. Neves be released directly from the courthouse on the 3rd, for 24 hours only, so that he can get married. I have three sureties prepared to sign for his release, and I have given those names to Pretrial Services. The sureties will be present on the 3rd. Mr. Neves is currently in custody at Santa Rita Jail.

Mr. Neves and his fiancee understand that a decision about release is the Court's, and that no decision will be made until Thursday morning. However, so that Mr. Neves' proposed release will be as brief as possible, Mr. Neves' fiancée has made all the arrangements that can be made in order for them to be married on the 3rd. She was required to select a date for the proposed marriage ahead of time, which is why we are asking for his release directly from Court on the 3rd.

If you need any additional information, please do not hesitate to call me. Thank you.

Respectfully,

BARRY J. PORTMAN
Federal Public Defender
    /S/
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender

cc: Daniel Kaleba, AUSA
Silvio Lugo, Pretrial Services
United States Marshal (Oakland)