JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail:    daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00791 CW |
| ) | |
|     Plaintiff, ) | REQUEST TO STAY PRE-TRIAL |
| ) | RELEASE ORDER FOR DEFENDANT |
| v. ) | ROCKY NEVES AND [PROPOSED] |
| ) | ORDER |
| ROCKY NEVES, ) | |
| ) | Date: |
|     Defendant. ) | Time: |
| ) | Court:    Hon. Claudia Wilken |
| _____ ) | |

        The United States respectfully requests that this Court stay the Order of Magistrate Judge Wayne D. Brazil granting a one-day, pre-trial release to the Defendant Rocky Neves to allow the United States time to appeal the same Order. The Defendant requested the release so that he may be married on Friday, April 4, 2008, and is ordered to voluntarily self-surrender no later than 1:00 p.m. on Friday, April 4, 2008. Judge Brazil has not agreed to stay the Order granting pre-trial release.

        The United States respectfully requests that this Court stay the Order granting pre-trial release until this matter may be heard by this Court. The Defendant is currently in custody facing

1  one count of Escape, and his next appearance is set before this Court for disposition or trial
2  setting on April 9, 2008.
3
4  DATED: April 3, 2008                                    Respectfully submitted,
5                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney
6
7                                                                  /s/
                                                           DANIEL R. KALEBA
8                                                          Assistant United States Attorney
9
10
11     Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Order of
12  Magistrate Judge Wayne D. Brazil granting pre-trial release to the Defendant Rocky Neves is
13  hereby stayed until such time that this Court can hear the United States' appeal of the Order.
14
15
    DATED:_____                               _____
16                                                         HON. CLAUDIA WILKEN
                                                           United States District Judge
17

REQ. TO STAY PRE-TRIAL RELEASE ORDER
No. CR-07-00791 CW

2