IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00791 CW |
|       Plaintiff, | ORDER GRANTING REQUEST TO STAY PRETRIAL RELEASE ORDER |
|   v. | |
| ROCKY NEVES, | |
|       Defendant. / | |

   On April 3, 2008, the United States filed a Request to Stay Pretrial Release Order for Defendant Rocky Neves.  Defendant opposes the motion.  The matter was heard on April 3, 2008.  Having considered the motion filed by the government and oral argument on the motion, and good cause not appearing,

   IT IS HEREBY ORDERED that the Request to Stay Pretrial Release Order for Defendant Rocky Neves is granted.  Magistrate Judge Brazil's release order is stayed until further order of the Court. The United States shall file a memorandum on April 7, 2008; the Defendant shall file its opposition on April 8, 2008.

Dated 4/4/08

_____
CLAUDIA WILKEN
United States District Judge

cc:  WDB; PTS; U.S. Marshal