UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/3/08

**Plaintiff:** United States

**v.**                                              **No.** CR-07-00791 CW

**Defendant:** Rocky Neves (present - in custody)

**Appearances for Plaintiff:**
Dan Kaleba

**Appearances for Defendant:**
Rebecca Silbert

**Interpreter:**

**Pretrial Services Officer:**
Amelia Bethelsen

**Speedy Trial Date:**

**Hearing:  Appeal of Release Order**

**Notes:**    Release order by WDB is stayed pending further order of court.

Copies to: Chambers; WDB; U.S. Marshal