IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROCKY NEVES,

    Defendant.

No. 07-00791-01 CW

ORDER DENYING AS MOOT REQUEST FOR BRIEFING SCHEDULE

On April 7, 2008, Defendant filed a Request for Briefing Schedule for Government Appeal of Temporary Release Order. On April 4, 2008, the Court issued an Order Granting Request to Stay Pretrial Release Order, wherein the Court set a briefing schedule for the United States to file a memorandum on April 7, 2008, and the Defendant to file its opposition on April 8, 2008. Accordingly,

Defendant's Request for Briefing Schedule for Government Appeal of Temporary Release Order is denied as moot.

Dated 4/9/08

CLAUDIA WILKEN
United States District Judge