UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
APR - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/9/08

**Plaintiff:** United States

**v.**                                          **No.** CR-07-00791 CW

**Defendant:** Rocky Neves (present - in custody)


**Appearances for Plaintiff:**
Dan Kaleba

**Appearances for Defendant:**
Rebecca Silbert

**Interpreter:**


**Pretrial Service Officer:**
Hence Williams


**Speedy Trial Date:**


           **Hearing:** Change of Plea/Appeal of Release Order

**Notes:**   Court reverses WDB's order for temporary release from custody without prejudice. Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to count one of the Indictment charging Escape in violation of 18 USC 751(a). Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. PSR requested.
**Sentencing set for 6/18/08 at 2:00 p.m.**

Copies to: Chambers; probation; WDB/Ivy