UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR-07-00791 CW

Defendant's Name: Rocky Neves

Defense Counsel: Rebecca Silbert

Referral Date: 4/9/08

Sentencing Date: ~~6/25/08~~ 6/18/08 @ 2:00 p.m.

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

- **X** Presentence Investigation
- ___ Pre-Plea Report
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: SHEILAH CAHILL
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: yes

Is defendant English-speaking? yes

---

cc: U. S. Probation

FILED APR - 9 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND