FILED APR 24 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

Rocky Neves
93105-011  U60858

CR-07-00791-CW

The Honorable Judge BRAZIL                                    20

I will make this as short as possible sir I know your a busy man - To remind (as well as once again Thank you) for your attempt to let me out for a few hours to be married. In which Ass. US Attorney (Danial R Kaleba) chose to appeal your dicision to District Court (which by the way so happen to be (my assigned Judge Honorable Claudia Wilkin) on the day your dicision was made) hers differed one of the reasons she mentioned (this being when I went back to take the 18 Mo's offered on 4-9-08) was that if there can be no other resolation she would be more inclined to let me out from the court at daylight (hours.) I took her meaning to be (a similarity of when you approved me to attend my wifes funeral five yrs ago) dress out here in personal clothes the state building is a couple blocks away and even with the I.D. that my investagator recieved from D.M.V. is still not enough (I must be personally there in the marriage licenke office at least this is what the supervisor continues to tell my fiance - Sir (if this is so) do you think you could maybe discuss this with (Judge Wilkin) and see what can be done? and what she will still agree to in said

matter - Sir if you recall you said "if there was any Hudges that you would marry us in your court room" and no matter what may transpire it would be a Honor to have you marry us in your court.
Respectfully submitted - Rocky Neves 93105-011

Thank you for your time sir.!!