OAKLAND CA 946
22 APR 2008 PM 8 L

To Honorable Judge BRAZIL
U.S Department of Justice
Ronald V. Dellums
1301 CLAY STREET suite 340S
Oakland, California
94612-5217

94612+5217

Rocky Robert Neves #6V-858
5325-Broder Blvd.   93105-011
Dublin, California   30 P. #
— 94568