UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET
OAKLAND, CALIFORNIA 94612-5212
PHONE: (510) 637-3324
FAX: (510) 637-3327

**FILED**
APR 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CHAMBERS OF
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

April 25, 2008

*In re: CR-07-00791 CW*

Mr. Rocky Neves
B.O.P. Number: 93105-011   UGV858
5325 Broder Blvd.
Dublin, CA  94568

Dear Rocky:

 I received your letter about the wedding situation yesterday and wanted to respond promptly. I have a couple of thoughts to pass along. As you probably understand, I can't go up and talk to Judge Wilken about this situation – as that would be perceived as off-the-record lobbying by a lower court of a higher court, which, of course, is illegal. She is the higher court, and she is required to make her decisions independently. Her decisions trump mine – appropriately, under the law.

 As I mentioned when you were last before me, if you would like me to, I would be happy to perform your wedding ceremony in my courtroom when you and your fiancé have the paper-work in order. As I understand it, the problem is getting the paper-work in order when you are in custody. I know other people who have gotten married while in custody – I wonder how they did it? Perhaps you could ask around at Dublin. I would volunteer to accompany you and your fiancé to the marriage license office if that would help – maybe you could mention this offer to your lawyer, who could see if it would make any difference to the folks higher in the chain of command.

 I'm sure that, eventually, things will work out. Hang in there.

*Wayne Brazil*

cc: Sheilah (CW)