# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

May 6, 2008

The Honorable Claudia Wilken
District Judge, United States District Court
1301 Clay Street
Oakland, CA 94612

Re:   United States v. Rocky Neves
      CR-07-0791 CW

Your Honor:

Please place Mr. Neves on calendar for Wednesday, May 14 at 2:00 pm (or any other time that is convenient for the Court), so that the Court can sign the enclosed Certificate of Acknowledgment, verifying that Mr. Neves' signature on an Affidavit of Inability to Appear is his true signature. We will bring the Affidavit of Inability to Appear to the courtroom, along with an extra copy of the Certificate of Acknowledgment, so that the Affidavit and Certificate can be completed and finalized in the courtroom.

If there is anything I can do to facilitate this process, or anything else I can provide, please let me know. Thank you.

Respectfully,

BARRY J. PORTMAN
Federal Public Defender

/S/
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender

Enclosure