UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 5/14/08**

**Plaintiff:** United States

**v.**                                                **No.** CR-07-00791 CW

**Defendant:** Rocky Neves (present - in custody)

**Appearances for Plaintiff:**
Wade Rhyne for Dan Kaleba

**Appearances for Defendant:**
Rebecca Silbert

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

            **Hearing:** Signature of Certificate of Acknowledgment

**Notes:**    Court signs document submitted by defense counsel.

Copies to: Chambers