BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant NEVES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0791 CW |
| Plaintiff, | **DEFENDANT ROCKY NEVES' SENTENCING MEMORANDUM** |
| vs. | |
| ROCKY NEVES, | |
| Defendant. | |

Defendant Rocky Neves has received and reviewed the Pre-Sentence Report prepared by the United States Probation Office in his case. The PSR concurs with the parties' calculations in the plea agreement, and concurs with the parties' recommendation for an 18 month sentence. Mr. Neves stands by the plea agreement and requests that the Court impose an 18 month sentence.

Mr. Neves also respectfully requests that the Court make a recommendation for the United States Penitentiary in Atwater, California. The Atwater Penitentiary is close to Mr. Neves' family. It is also where he served much of his time on his last federal case. He has a relationship with the counselors and case managers there, and he believes that those relationships would be beneficial to him as he prepares to maintain his sobriety and transition into the

1 community.

2     Lastly, Mr. Neves notes that the term of supervised release in this case should run
3 concurrent to the term of supervised release imposed in 03-40148 DLJ.

5 Dated: June 11, 2008

                          Respectfully submitted,

                          BARRY J. PORTMAN
                          Federal Public Defender

                               /S/

                          REBECCA SULLIVAN SILBERT
                          Assistant Federal Public Defender