JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>       v. )<br>ROCKY NEVES, )<br>       Defendant. )<br>_____ ) | No. CR-07-00791 CW<br><br>UNITED STATES' SENTENCING MEMORANDUM FOR DEFENDANT ROCKY NEVES<br><br>Sentencing Date:  June 18, 2008<br>Sentencing Time:  2:00 p.m. |

      In accordance with the April 9, 2008, Rule 11(c)(1)(C) Plea Agreement, the United States respectfully requests this Court sentence the defendant to a sentence of imprisonment of 18 months.

      Additionally, in accordance to the Plea Agreement, the United States respectfully requests this Court impose a one-year term of supervised release to run consecutive to the three-year term to be served pursuant to Docket CR 03-40148-01 DLJ, Felony Accessory, and order the defendant to pay a $100 special assessment.  The United States notes that U.S. Probation recommends a two-year term of supervised release to run concurrent with the supervised release term for the Felony Accessory matter.  A consecutive term of supervised release is appropriate in

SENTENCING MEMORANDUM

1  this instance because the defendant's escape constitutes a separate criminal offense, and the
2  factors set forth in 18 U.S.C. § 3553(a) strongly weigh in favor of a consecutive term. 18 U.S.C.
3  § 3583(c). In particular, the defendant's serious 37-year criminal history, and admitted chronic
4  abuse of controlled substances over the past 44 years, heightens the concern for the defendant's
5  potential recidivism upon release from custody and the need to protect the public from further
6  crimes by the defendant (18 U.S.C. § 3553(a)(2)(C)), as well as to provide the defendant with
7  needed educational or vocational training, medical care, or other correctional treatment in the
8  most effective manner (18 U.S.C. § 3553(a)(2)(D)).

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 11, 2008                                /s/
DANIEL R. KALEBA
Assistant United States Attorney

SENTENCING MEMORANDUM            2