UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** David Disbrow, pro tem
**Date:** 6/18/08

**Plaintiff:** United States

v.                                             **No.** CR-07-00791 CW

**Defendant:** Rocky Neves (present - in custody)


**Appearances for Plaintiff:**
Dan Kaleba

**Appearances for Defendant:**
Rebecca Silbert

**Interpreter:**


**Probation Officer:**
Robert Tenney


**Speedy Trial Date:**


**Hearing:   Sentencing**

**Notes:**     Defendant and counsel have read PSR; no factual dispute. Pursuant to the PSR and the plea agreement, the Court finds Offense Level 7, Criminal History VI, leading to a Guideline Range of 15-21 months.  The Court sentence the defendant to 18 months custody to be followed by one years supervised release to run concurrent to supervised release imposed in CR-03-40148 DLJ and under the usual terms and conditions and the special conditions as set forth in the PSR.  No fine imposed due to lack of ability to pay a fine.  Defendant to pay $100 special assessment due immediately, but may be paid through the defendant's participation in the BOP Inmate Financial Responsibility Program at the rate of $25 per quarter.  Court will recommend placement at Atwater.  Any remaining counts are dismissed. Defendant remanded to custody of U.S. Marshal.  See J&C for details.


Copies to: Chambers